MINNA G. HASKELL, Appellant, *v.* WILLIAM S. HASKELL, Respondent.

(Argued June 5, 1930; decided July 8, 1930.)

*Andrew Eckel* for appellant.

*Harold Harper* for respondent.

Judgment affirmed with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.